

2

Brian S. Haddix (230332)
Haddix Law Firm
1012 11th Street
Suite 201
Modesto, CA 95354-0826
Tel: (209) 338-1131
Fax: (209) 343-0839
bhaddix@modestobankruptcylaw.com

Attorney for Debtor Sonia Lopez

UNITED STATES BANKRUTPCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Sonia Lopez,<br><br>        Debtor | Case No. 09-91977-D-7<br><br>DC No. BSH-5<br><br>Date: July 28, 2009<br>Time: 11:00 a.m.<br>Courtroom: N/A |

**DECLARATION OF DEBTOR SONIA LOPEZ IN SUPPORT OF HER MOTION TO CONVERT FROM CHAPTER 7 TO CHAPTER 13**

I, Sonia Lopez, declare:

1.    I am the debtor in the above-referenced case. I make this declaration in support of my motion to convert from a Chapter 7 to a Chapter 13. I am familiar with and have personal knowledge of the facts contained herein and if called upon to testify, I can and will attest thereto.

2.    I have never filed a Chapter 11, 12, or 13.

3.    I have regular income.

4.    On June 29, 2009, the date I filed the petition, my noncontingent, unliquidated unsecured debts did not exceed $336,900.

///

5. On June 29, 2009, the date I filed the petition, my noncontingent, unliquidated secured debts did not exceed $1,010,650.

6. If my motion to convert is granted, I understand that I must file a Chapter 13 plan within the statutory time period following entry of the order.

7. Attached as Exhibit A to this declaration is a true and correct copy of the Chapter 7 petition and schedules that I filed on June 29, 2009.

I declare under penalty of perjury that the foregoing is true and correct. Executed this _20th_ day of July, 2009 in Modesto, California.

_____
SONIA LOPEZ