

Brian S. Haddix (SBN: 230332)
Haddix Law Firm
1012 11th Street, Suite 201
Modesto, CA 95354-0826
Tel: (209) 338-1131
Fax: (209) 343-0839
bhaddix@modestobankruptcylaw.com

Attorney for Debtor Sonia Lopez

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Sonia Lopez,<br><br>        Debtor | Case No. 09-91977-A-13<br><br>DC No. BSH-8<br><br>Date: November 30, 2009<br>Time: 2:00 p.m.<br>Courtroom: N/A<br>Judge: Hon. Michael S. McManus |

**MOTION TO CONFIRM SECOND AMENDED CHAPTER 13 PLAN**

    Debtor, Sonia Lopez, moves the court herein to confirm her Second Amended Chapter 13 Plan pursuant to 11 U.S.C. §§ 1324, 1325, and 1322, filed and served concurrently herewith. This motion is based on the Notice of Motion and Declaration of the Debtor filed concurrently herewith.

                                                         HADDIX LAW FIRM

Dated this 9th day of October, 2009           \_\_\_/s/_____
                                                                 Brian S. Haddix
                                                                 Attorney for Debtor Sonia Lopez