Filed 10/09/09        Case 09-91977        Doc 91



Brian S. Haddix (SBN: 230332)
Haddix Law Firm
1012 11th Street, Suite 201
Modesto, CA 95354-0826
Tel: (209) 338-1131
Fax: (209) 343-0839
bhaddix@modestobankruptcylaw.com

Attorney for Debtor Sonia Lopez

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Sonia Lopez,<br><br>　　　　　Debtor | Case No. 09-91977-A-13<br><br>DC No. BSH-8<br><br>Date: November 30, 2009<br>Time: 2:00 p.m.<br>Courtroom: N/A<br>Judge: Hon. Michael S. McManus |

**DEBTOR'S DECLARATION IN SUPPORT OF DEBTOR'S MOTION TO CONFIRM SECOND AMENDED CHAPTER 13 PLAN**

　　　　I, Sonia Lopez, declare:

　　　　1.　　I am the Debtor in the above-referenced matter.

　　　　2.　　I am familiar with and have personal knowledge of the facts contained herein and if called upon to testify, I can and will attest thereto.

　　　　3.　　I need to include the holder of the 2006 Pontiac G6 as a Class 3 claim.

　　　　4.　　Therefore, I am requesting the Second Amended Chapter 13 Plan be confirmed.

/ / / /

/ / / /

/ / / /

1

1    I declare under penalty of perjury that the foregoing is true and correct. Executed
2    this 9th day of October, 2009 in Modesto, California.
3
4                                            /s/ Sonia Lopez
                                             SONIA LOPEZ