Filed 11/04/09  Case 09-91977  Doc 109

FILED
November 04, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002200450

Brian S. Haddix
HADDIX LAW FIRM
1012 11th Street, Suite 201
Modesto, CA 95354
(209) 338-1131
Fax: (209) 343-0839
bhaddix@modestobankrutpcylaw.com

Attorney for debtor Sonia Lopez

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA – MODESTO DIVISION

In re ) Case No. 09-91977-A-13
)
Sonia Lopez, ) Chapter 13
)
Debtor )

**WAGE ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Behavioral Health Specialist of Stanislaus County, the employer of the above-named debtor, be and hereby is directed until further court order to deduct from the debtor's wages, and forward to the Chapter 13 Trustee, Russell D. Greer, at P.O. Box 3051, Modesto, CA, 95353-3051, the sum of $1,480.00 each month. Payroll deductions made in accordance with the applicable law for current income tax withholding, federal social security, state disability, insurance premiums, union dues, employee welfare fund agreements, mandatory retirement contributions, and employer sustenance agreements are not affected by this order and may be continued.

///
///
///
///

A copy of this order shall be served by mail on the present and subsequent employers of the debtor. Monies transmitted to the Trustee's office shall be identified by the debtor's name and case number as they appear above.

Dated: 11/4/09

For the Court
Richard G. Heltzel
Clerk, U.S. Bankruptcy Court

By: /s/ William Martin
Deputy Clerk