

Brian S. Haddix (SBN: 230332)
Haddix Law Firm
1012 11th Street, Suite 201
Modesto, CA 95354-0826
Tel: (209) 338-1131
Fax: (209) 343-0839
bhaddix@modestobankruptcylaw.com

Attorney for Debtor Sonia Lopez

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA – MODESTO DIVISION

In re ) Case No. 09-91977
)
Sonia Lopez, ) DC No. RCO-1
)
Debtor ) Date: November 30, 2009
) Time: 2:00 p.m.
) Courtroom: N/A; Dept. A
)
)

**DEBTOR'S OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY**

Sonia Lopez hereby opposes secured creditor Brilena, Inc. Michael Bumbaca, and Adele Bumbaca's (hereinafter Secured Creditor) motion for relief from automatic stay based on debtors making-up the outstanding payments.

On November 16, debtor made a payment of $1,480 to the Chapter 13 trustee. On or about November 23, 2009, debtor anticipates making a second payment in the amount of $1,480.

In the event the debtor makes the November 23rd payment, debtor should be current on her payments. As such, the Secured Creditor's motion for relief is moot.

To the extent that debtor is current on her Chapter 13 payments, debtor respectfully requests the court deny the Secured Creditor's motion for relief from the automatic stay.

                                                          HADDIX LAW FIRM

Dated this 16th day of November, 2009         ___/s/_____
                                                          Brian S. Haddix
                                                          Attorney for Debtor Sonia Lopez