Filed 12/11/09    Case 09-91977    Doc 121

FILED
December 11, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002279741

3

1  JaVonne M. Phillips, Esq., SBN 187474
   Kelly Ann Tran, Esq., SBN 254476
2  **McCarthy & Holthus, LLP**
   1770 Fourth Avenue
3  San Diego, CA 92101
   Phone (619) 685-4800
4  Fax (619) 685-4810

5  Attorney for: Secured Creditor,
   Bank of America National Association as Successor by merger to LaSalle Bank National
6  Association as Trustee for WMALT 2005-AR1, its assignees and/or successors, and the
7  servicing agent JP Morgan Chase Bank, National Association

8                    UNITED STATES BANKRUPTCY COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10                          MODESTO DIVISION

11
     In re:                            ) Case No. 09-91977
12                                     )
13                                     ) DC No.: KAT-1
     Sonia Lopez,                      )
14                                     ) Chapter 13
15                                     )
              Debtor.                  ) **MOTION FOR RELIEF FROM**
16                                     ) **AUTOMATIC STAY**
17   _____)
     Bank of America National Association )
18   as Successor by merger to LaSalle Bank )
     National Association as Trustee for    )
19   WMALT 2005-AR1, its assignees          )
20   and/or successors in interest,         ) Date:   01/11/10
                                            ) Time:   2:00 pm
21          Secured Creditor,               ) Ctrm:   Dept. A, Suite 4
22       v.                                 ) Place:  1200 I Street
23                                          )         Modesto, CA
     Sonia Lopez, Debtor; and Russell D.    )
24   Greer, Chapter 13 Trustee,             ) Judge:  Michael S. McManus
25                                          )
26          Respondents.                    )
27   _____)

28       Bank of America National Association as Successor by merger to LaSalle Bank National
29   Association as Trustee for WMALT 2005-AR1, its assignees and/or successors, and the

servicing agent JP Morgan Chase Bank, National Association ("Secured Creditor" or "Movant" herein), moves this Court for an Order Terminating the Automatic Stay of 11 U.S.C. § 362 as to moving party (and the Trustee under the Deed of Trust securing moving party's claim) so that moving party and its Trustee may commence and continue all acts necessary to foreclose under the Deed of Trust secured by the Debtor property, commonly known as 1561 Dronero Way, Tracy, CA 95376, ("Property" herein).

A copy of Secured Creditor's Relief From Stay Information Sheet is filed concurrently herewith as a separate document pursuant to Local Rules of Court.

Secured Creditor is the holder of a Promissory Note dated 9/14/2005, in the principal amount of $317,550.00, which is secured by the Deed of Trust of the same date signed by the Original Borrower Baldomero Aguilar, an unmarried man ("Original Borrower"). **See Exhibit "1"**.

On or around 10/03/2005 the Original Borrower transferred all interest in the property to Baldomero Aguilar and Sonia Lopez, as joint tenants, without the knowledge or consent of the Movant an in violation of the terms of the Deed of Trust Original Borrowers signed. The Grant Deed was recorded on 11/30/2005. **See Exhibit "2"**.

As stated in the attached Declaration, the Debtor has failed to make three post-petition payments (08/01/09 through 10/01/09).  Secured Creditor's claim is not provided for in the Debtor's Amended Chapter 13 Plan filed on 10/09/2009.

Based on the foregoing, Secured Creditor alleges that Secured Creditor is not adequately protected.  Secured Creditor is not receiving regular monthly payments, and is unfairly delayed from proceeding with the foreclosure of the subject Property. Accordingly, relief from the automatic stay should be granted to Secured Creditor pursuant to 11 U.S.C. § 362(d)(1) and (2).

WHEREFORE, Secured Creditor prays for judgment as follows:

1. For an Order granting relief from the automatic stay, permitting Secured Creditor to proceed with the foreclosure under Secured Creditor's Deed of Trust, and to sell the subject Property at a trustee's sale under the terms of the Deed of Trust to proceed

1  with any and all post foreclosure sale remedies, including the unlawful detainer action or any other action necessary to obtain possession of the Property.

2. For an Order that the 10-day described by Bankruptcy Rule 4001(a)(3) be waived.
3. For an Order modifying the automatic stay to protect Secured Creditor's interest, as the Court deems proper.
4. For attorneys' fees and costs incurred herein.
5. For such other relief as the Court deems proper.

Dated:  December 11, 2009            McCarthy & Holthus, LLP

By:   /s/ Kelly Ann Tran_____
      Kelly Ann Tran, Esq.
      Attorney for Secured Creditor
      Bank of America National Association as Successor by merger to LaSalle Bank National Association as Trustee for WMALT 2005-AR1, its assignees and/or successors, and the servicing agent JP Morgan Chase Bank, National Association