Filed 12/28/09   Case 09-91977   2009-91977 FILED Doc 128
December 28, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002308292

ROUTH CRABTREE OLSEN, P.S.
EDWARD WEBER, ESQUIRE, #194963
JONATHAN J. DAMEN, ESQUIRE, #251869
505 N. Tustin Ave, Suite 243
Santa Ana, California 92705
Telephone 714-277-4937
Facsimile 714-277-4899
Email jdamen@rcolegal.com

File No.: RCO 8320.30013
Attorneys for Capital Benefit Mortgage
servicer for Beneficiaries

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| | |
|---|---|
| In re:<br><br>Sonia Lopez<br><br>Debtor. | Bk. No. 09-91977-A-7<br>**Chapter 13**<br>**DC No.: RCO-1**<br><br>*ORDER MODIFYING AUTOMATIC STAY*<br><br>Hearing:<br>Date: November 30, 2009<br>Time: 2:00 pm<br>Place: U.S. Bankruptcy Court<br>1200 I Street<br>Modesto, CA 95354<br>Dept: A<br>Courtroom 4 |

The Motion for Relief from Automatic Stay of Capital Benefit Mortgage, ("Movant" hereinafter), came on for hearing on November 30, 2009, at 2:00 pm before the Honorable

**ORDER MODIFYING AUTOMATIC STAY**

1

RECEIVED
December 23, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002308292

Michael S. McManus.

The Court, having read and considered the moving papers, having determined that the moving papers were properly served, and good cause appearing, now rules as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay of §362(a) shall remain in effect as to Movant subject to the following terms and conditions:

    a. The Trustee is to disburse two months worth of payments, totaling $1,681.58, on November 30, 2009.

    b. The Debtor is to make two more payments of $840.79 to the Trustee prior to January 1, 2009, in order to bring themselves pos-petition current.

Payments shall be paid to Movant at the following address:

Capital Benefit Mortgage, Inc.
2727 Newport, Ste 203
Newport Beach, CA 92663

Upon any default in the foregoing terms and conditions, Movant shall serve an ex parte Motion to seek Relief.

Dated: 12-23-09

Attorney for Debtor

Dated: December 28, 2009

By the Court

Michael S. McManus
United States Bankruptcy Judge

ORDER MODIFYING AUTOMATIC STAY

2

Exhibit "A"　　　　　　　　ORDER NO. ▇▇▇▇

Parcel 1 of Parcel Map 1658, in the City of Visalia, in the County of Tulare, State of California, as per map recorded February 24, 1978 in Book 17, Page 59 of Parcel Maps, in the office of the County Recorder of said County.