Filed 01/20/10     Case 09-91977     2009-91977 Doc 133

FILED
January 20, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002349439

| | |
|---|---|
| 1 | JaVonne M. Phillips, Esq., SBN 187474 |
| | Brielyn Sesko, Esq., SBN 241596 |
| 2 | **McCarthy & Holthus, LLP** |
| | 1770 Fourth Avenue |
| 3 | San Diego, California 92101 |
| | Phone (619) 685-4800 |
| 4 | Fax (619) 685-4810 |
| 5 | Attorney for: Secured Creditor, |
| 6 | Bank of America National Association as Successor by merger to LaSalle Bank National Association as Trustee for WMALT 2005-AR1, its assignees and/or successors, and the |
| 7 | servicing agent JP Morgan Chase Bank, National Association |

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 09-91977 |
| | ) | |
| | ) | DC No. KAT-1 |
| Sonia Lopez, | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | **ORDER ON MOTION FOR RELIEF** |
| | ) | **FROM AUTOMATIC STAY** |
| _____ | ) | |
| Bank of America National Association | ) | |
| as Successor by merger to LaSalle Bank | ) | Date: 01/11/2010 |
| National Association as Trustee for | ) | Time: 2:00PM |
| WMALT 2005-AR1, its assignees | ) | Ctrm: Dept. A, Suite 4 |
| and/or successors in interest, | ) | Place: 1200 I Street |
| | ) | Modesto, CA |
| Secured Creditor, | ) | |
| v. | ) | Judge: Michael S. McManus |
| | ) | |
| Sonia Lopez, Debtor; and Russell D. | ) | |
| Greer, Chapter 13 Trustee, | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

RECEIVED
January 14, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002349439

The motion of Secured Creditor, Bank of America National Association as Successor by merger to LaSalle Bank National Association as Trustee for WMALT 2005-AR1, its assignees and/or successors, and the servicing agent JP Morgan Chase Bank, National Association ("Secured Creditor" or "Movant" herein), for relief from the automatic stay came on regularly for hearing by the Court on the date, time and place set forth above, before the Honorable Michael S. McManus, Judge Presiding. All appearances are as noted in the court record.

Upon reading the papers and pleadings on file herein, and upon hearing oral argument and based on the evidence presented, the Court rules as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. § 362 be and are hereby terminated with respect to the interests of Movant, in the real property commonly known as 1561 Dronero Way, Tracy, CA 95376.

IT IS FURTHER ORDERED that Movant may complete its foreclosure of said real property and proceed with post-foreclosure remedies to obtain possession, including any unlawful detainer action, in accordance with applicable law.

IT IS FURTHER ORDERED that the court determines that this bankruptcy proceeding has been finalized for purposes of Cal. Civil Code § 2923.5 and the enforcement of the note and deed of trust described in the motion against the subject real property. Further, upon entry of the order granting relief from the automatic stay, the movant and its successors, assigns, principals, and agents shall comply with Cal. Civil Code § 2923.52 et seq., the California Foreclosure Prevention Act, to the extent it is otherwise applicable.

IT IS FURTHER ORDERED that the court awards no fees and costs in connection with the movant's secured claim as a result of the filing and prosecution of this motion.

IT IS FURTHER ORDERED that the fourteen day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

Dated: January 20, 2010

By the Court

Michael S. McManus
United States Bankruptcy Judge

File No. CA09-46954 / Case No.  C
Order on Motion For Relief From Stay

2