Brian S. Haddix (SBN: 230332)
Haddix Law Firm
1012 11th Street, Suite 201
Modesto, CA 95354-0826
Tel: (209) 338-1131
Fax: (209) 343-0839
bhaddix@modestobankruptcylaw.com

Attorney for Debtor(s) Sonia Lopez

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA – MODESTO DIVISION

| | |
|---|---|
| In re<br><br>Sonia Lopez,<br><br>        Debtor(s). | Case No. 09-91977<br><br>DC No. BSH-10<br><br>Chapter 13<br><br>Date: February 19, 2013<br>Time: 10:00 a.m.<br>Courtroom: N/A; Dept. D |

**MOTION TO CONFIRM FIRST MODIFIED PLAN**

      Sonia Lopez, debtor(s) in the above-referenced matter, move(s) the court herein to confirm her First Modified Chapter 13 Plan pursuant to 11 U.S.C. §§ 1324, 1325, and 1322, filed on December 26, 2012 and served concurrently herewith. This motion is based on the Notice of Motion filed concurrently herewith.

      Based upon the evidence presented, debtor(s) respectfully request(s) that this motion be granted.

                                            HADDIX LAW FIRM

Dated: December 26, 2012               /s/ Brian S. Haddix
                                                  Brian S. Haddix
                                                  Attorney for Debtor(s) Sonia Lopez