## Change of Address

Re: Case No. __09-91977 A13__

Name: __Sonia Lopez__

[x] Debtor(s)
[ ] Husband Only
[ ] Wife Only

[ ] Attorney

[ ] Creditor

NEW ADDRESS:

1868 Luna Alegre Street
Las Vegas, NV 89115

PHONE NUMBER: _____

OLD ADDRESS:

P.O. Box 126
Turlock, CA
95381

SIGNATURE: __Sonia Lopez__

EDC 2-085 (Rev. 3/29/99)