Brian S. Haddix (SBN: 230332)
Haddix Law Firm
1012 11th Street, Suite 201
Modesto, CA 95354-0826
Tel: (209) 338-1131
Fax: (209) 343-0839
bhaddix@modestobankruptcylaw.com

Attorney for Debtor(s) Sonia Lopez

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA – MODESTO DIVISION

| | |
|---|---|
| In re<br><br>Sonia Lopez,<br><br>　　　　Debtor(s). | Case No. 09-91977<br><br>DC No. BSH-11<br><br>Chapter 13<br><br>Date: June 25, 2013<br>Time: 10:00 a.m.<br>Courtroom: N/A; Dept. D |

**DECLARATION OF DEBTOR(S) IN SUPPORT OF MOTION TO CONFIRM SECOND MODIFIED PLAN**

I/We, Sonia Lopez, declare:

1. I/We am/are the debtor(s) in the above-referenced case. I/we state the following facts on my/our own personal knowledge and know them to be true, except those facts on information and belief, which facts I/we am/are informed and believe to be true.

2. I/We request my/our Chapter 13 Plan be confirmed and believe it complies with applicable law.

3. I/We have paid any fees or charges required by the court.

4. I/We have proposed the plan in good faith and not by any means forbidden by law.

5. I/We believe this proposed Plan provides that unsecured creditors will receive at least what they would receive in the event of a Chapter 7 liquidation.

6. I/We believe all secured creditors provided for will be paid and have either accepted the plan or we will surrender the property securing the claim(s).

7. I/We will be able to make the payments under the plan and comply with the plan.

8. I/We have no domestic support obligations that are under litigation and believe that when litigation is concluded I/we will not owe domestic support.

9. I/We have filed all applicable tax returns.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Modesto, California on May 2, 2013.

 /s/ Sonia Lopez
 Sonia Lopez