# Change of Address

Re: Case No. 09-91977

Name: Sonia Lopez

☐ Debtor(s)
☐ Husband Only
☐ Wife Only
☐ Attorney
☐ Creditor

NEW ADDRESS:

3848 E. Cartier Ave.
Las Vegas, NV 89115

PHONE NUMBER: (209) 596-6339

OLD ADDRESS:

1868 Luna Alegre Street
Las Vegas, NV 89115

SIGNATURE: Sonia Lopez

EDC 2-085 (Rev. 3/29/99)