**2**

Brian S. Haddix (SBN: 230332)
Haddix Law Firm
1012 11th Street, Suite 201
Modesto, CA 95354-0826
Tel: (209) 338-1131
Fax: (209) 343-0839
bhaddix@modestobankruptcylaw.com

Attorney for Debtor(s) Sonia Lopez

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA – MODESTO DIVISION

|  |  |
|---|---|
| In re | Case No. 09-91977 |
| Sonia Lopez, | DC No. BSH-11 |
| Debtor(s). | Chapter 13 |
|  | Date: August 27, 2013<br>Time: 10:00 a.m.<br>Courtroom: N/A; Dept. D |

**DECLARATION OF DEBTOR(S) IN SUPPORT OF DEBTOR'S RESPONSE TO TRUSTEE'S OBJECTION TO MOTION TO CONFIRM MODIFIED CHAPTER 13 PLAN**

I/We, Sonia Lopez, declare:

1.     I am the debtor in the above-referenced case. I state the following facts on my own personal knowledge and know them to be true.

2.     This declaration is in response to the trustee's opposition that my plan is not filed in good faith and therefore not feasible.

3.     My plan is feasible because I am able to make the remaining payments.

4.     When I was employed, I missed payments because my work schedule was sporadic because I was assigned to cover positions of employees who were out on temporary leave and who then returned.

5.      As of June 19, 2013, I have secured employment with Behavioral Services of Southern Nevada. I work as an independent contractor providing therapeutic services to clients. I earn $20.00 per hour. I am working full time.

6.      I suffer from a urological-related medical condition. Prior to my recent surgery, the medical issues that prevented me from working regularly.

7.      I am under the care of Richard S. Fightlin, M.D. On June 26, 2013, I was admitted to Porterville Hospital (Sierra Vista) to undergo surgery to correct the medical condition. I was admitted for three nights between June 26, 2013 to June 29, 2013 and again for one night from July 7, 2013 to July 8, 2013.

8.      It is my understanding that there are only five (5) payments remaining to complete the plan. I believe I can make the remaining plan payments.

9.      I have filed updated income/expense declarations. The amended declarations contain the following changes:

**INCOME**

10.      As stated above, I have a new job wherein I gross approximately $3,500 per month.

11.      I have had a decrease in child support from $257 to $0. The child attained the age of majority and no longer resides with me on a full-time basis.

**EXPENSES**

12.      Rent: I have moved and my rent has been reduced from $775 to $750.

13.      Utilities: I am now responsible for utilities. Previously utilities were included in my rent. I now pay approximately $75 for electricity and $50 for water/sewage/garbage.

14.      Internet/Cellular Phone: I now must pay for internet services of approximately $50. My cellular phone expense has been reduced from $60 to $50.

15.      Home Maintenance: I have reduced this from $75 to $25.

16.      Food: Because my eldest child no longer resides with me, I have reduced this from $640 to $450.

17.     <u>Clothing</u>:  My clothing expense has increased $10 and now averages approximately $100 per month.

18.     <u>Laundry</u>: I have increased this $5 to $30

19.     <u>Medical Expenses</u>: I have reduced this expense to $80.  This more accurately reflects the needs of my family now.

20.     <u>Transportation</u>: My new location in Nevada and my new job require that I drive more to provide the support services in client homes.  I have increased my transportation expense from $350 to $600.

21.     <u>Recreation</u>: Due to increases in other expenses, I have had to decrease my recreation expenses from $45 to $25.

22.     <u>Property Taxes</u>: I will not have to pay property taxes again before I make my final plan payment so I removed this item from my expenses.

23.     <u>Self-Employment Tax</u>: I am now responsible for paying self-employment income taxes.

24.     <u>Rental Expenses</u>: My tenants are now responsible for their water usage.

25.     <u>Miscellaneous Expenses</u> (Haircuts, gifts, personal care): I have included this expense which I did not previously claim.

I declare under penalty of perjury that the foregoing is true and correct. Executed on _____JUL 9 - 2013_____(date).

_____
Sonia López