# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| | |
|---|---|
| **Case Title :** Sonia Lopez | **Case No :** 09–91977 – D – 13G <br> **Date :** 8/27/13 <br> **Time :** 10:00 |
| **Matter :** | [183] – Motion/Application to Modify Chapter 13 Plan [BSH–11] Filed by Debtor Sonia Lopez (msam) |
| **Judge :** | Robert S. Bardwil |
| **Courtroom Deputy :** | Melinda Strandwold |
| **Reporter :** | NOT RECORDED |
| **Department :** | D |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are stated in the civil minutes for the hearing.

IT IS ORDERED that the motion is
granted, and the debtor(s) is/are to submit an order modifying the plan. The order shall be signed by the chapter 13 trustee approving the form of the order.

Dated: September 05, 2013

Robert S. Bardwil, Judge
United States Bankruptcy Court