**2**

Brian S. Haddix (SBN: 230332)
Haddix Law Firm
1012 11th Street, Suite 201
Modesto, CA 95354-0826
Tel: (209) 338-1131
Fax: (209) 343-0839
bhaddix@modestobankruptcylaw.com

Attorney for Debtor(s) Sonia Lopez

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA – MODESTO DIVISION

| | |
|---|---|
| In re | Case No. 09-91977 |
| Sonia Lopez, | DC No. BSH-11 |
| Debtor(s). | Chapter 13 |
| | Date: August 27, 2013<br>Time: 10:00 a.m.<br>Courtroom: N/A; Dept. D |

**ORDER CONFIRMING SECOND MODIFIED PLAN**

    The second modified Chapter 13 plan filed on May 3, 2013 of the above-named debtor(s) has been transmitted to all creditors, and it has been determined after notice and opportunity for a hearing that the debtor(s) plan satisfies the requirements of 11 U.S.C. § 1325.

    Therefore, IT IS ORDERED that the plan is confirmed.

    IT IS FURTHER ORDERED that:

    1.    The debtor shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the trustee of any change in the debtor's address;

    2.    The debtor shall immediately notify the trustee in writing of any termination, reduction or of other change in the employment of the debtor; and

RECEIVED
December 03, 2013
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0005044833

1   3.      The debtor shall appear in court whenever notified to do so by the court.

2   4.      The plan shall pay 0% to unsecured creditors or the amounts previously
3   paid by the Chapter 13 Trustee.

4         IT IS FURTHER ORDERED that the attorney's fees for the debtor's attorney in
5   the full amount of $3,500 are approved, $300 of which was paid prior to the filing of the
6   petition. The balance of $3,200, provided that the attorney and debtor have complied
7   with Local Bankruptcy Rule 2016-1(c), shall be paid by the trustee from plan payments
8   at the rate specified in the confirmed plan.

*[signature]*

Approved by the Chapter 13
Trustee as to form.

Dated: December 03, 2013

*[signature]*
Robert S. Bardwil, Judge
United States Bankruptcy Court   E