```
                           United States Bankruptcy Court
                            Eastern District of California
```

In re:                                                          Case No. 09-91977-D
Sonia Lopez                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0972-9          User: admin              Page 1 of 1              Date Rcvd: Jul 22, 2014
                              Form ID: pdf013          Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 24, 2014.
db              Sonia Lopez,    2001 Cordova St,    Las Vegas, NV  89104-2915
aty            +Brian S. Haddix,    1600 G Street, Suite 102,    Modesto, CA 95354-2555

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2014                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 22, 2014 at the address(es) listed below:
NONE.                                                                                             TOTAL: 0

| | |
|---|---|
| RUSSELL D. GREER<br>CHAPTER 13 STANDING TRUSTEE<br>P.O. BOX 3051<br>MODESTO, CA 95353-3051<br>TELEPHONE (209) 576-1954 | |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE:<br><br>SONIA LOPEZ<br>XXX-XX-5784<br><br>Debtor(s) | **CASE NO:** 09-91977<br>**CHAPTER 13**<br>**NOTICE OF DEFAULT AND**<br>**INTENT TO DISMISS CASE** |

    Russell D. Greer, Chapter 13 Standing Trustee in the above referenced case, intends to submit an Order Dismissing Case as provided by Paragraph (g) of LBR 3015-1 on the following grounds:

    Pursuant to 11. U.S.C. § 1307(c), cause exists to dismiss this case as Debtor(s) failed to make all payments due under the plan. As of July 22, 2014, payments are delinquent in the amount of $10,250.00. An additional payment of $2,050.00 will be due on the 25th day of this month. Additional payments will be due as set forth in the plan. A list of payments received by the Trustee is attached as Exhibit A.

  **NOTICE IS HEREBY GIVEN** that paragraph (g) of LBR 3015-1 provides as follows:

*(1)* If the debtor fails to make a payment pursuant to a confirmed plan, including a direct payment to a creditor, the trustee may mail to the debtor and the debtor's attorney written notice of the default.

*(2)* If the debtor believes that the default noticed by the trustee does not exist, the debtor shall set a hearing within twenty-eight (28) days of the mailing of the notice of default and give at least fourteen (14) days' notice of the hearing to the trustee pursuant to LBR 9014-1(f)(2). At the hearing, if the trustee demonstrates that the debtor has failed to make a payment required by the confirmed plan, and if the debtor fails to rebut the trustee's evidence, the case shall be dismissed at the hearing.

*(3)* Alternatively, the debtor may acknowledge that the plan payment(s) has(have) not been made and, within thirty (30) days of the mailing of the notice of default, either (A) make the delinquent plan payment(s) and all subsequent plan payments that have fallen due, or (B) file a modified plan and a motion to confirm the modified plan. If the debtor's financial condition has materially changed, amended Schedules I and J shall be filed and served with the motion to modify the chapter 13 plan.

*(4)* If the debtor fails to set a hearing on the trustee's notice, or cure the default by payment, or file a proposed modified chapter 13 plan and motion, or perform the modified chapter 13 plan pending its approval, or obtain approval of the modified chapter 13 plan, all within the time constraints set out above, the case shall be dismisssed without a hearing on the trustee's application.

Dated: July 22, 2014

/s/Russell D. Greer
_____
Russell D. Greer
Chapter 13 Standing Trustee

**Exhibit A to Notice of Default**　　　　Case No.: 09-91977

SONIA LOPEZ

| Date Posted | Transaction Type | Source | Check/MO# | Amount |
|---|---|---|---|---|
| 05/13/2014 | Receipt | MO | 14872729098 | 50.00 |
| 05/13/2014 | Receipt | MO | 14872729096 | 1,000.00 |
| 05/13/2014 | Receipt | MO | 14872729097 | 1,000.00 |
| 03/14/2014 | Receipt | MO | 0646385152 | 1,000.00 |
| 03/06/2014 | Receipt | CC | 042314315 | 5,050.00 |
| 11/05/2013 | Receipt | CC | 0746007983 | 4,200.00 |
| 07/09/2013 | Receipt | CC | 3877506216 | 2,050.00 |
| 06/20/2013 | Receipt | MO | 20477143780 | 1,000.00 |
| 06/07/2013 | Receipt | MO | 14549385963 | 1,000.00 |
| 06/07/2013 | Receipt | MO | 14549385964 | 50.00 |
| 03/21/2013 | Receipt | CC | 3772505521 | 1,325.00 |
| 03/04/2013 | Receipt | MO | 6909819212 | 300.00 |
| 03/04/2013 | Receipt | MO | 20438162581 | 400.00 |
| 03/04/2013 | Receipt | MO | 20438162580 | 500.00 |
| 03/04/2013 | Receipt | MO | 10430907381 | 125.00 |
| 02/19/2013 | Receipt | MO | 0423005690 | 245.00 |
| 02/07/2013 | Receipt | CC | 0311009354 | 1,080.00 |
| 08/24/2012 | Receipt | MO | 14539561555 | 66.21 |
| 08/24/2012 | Receipt | MO | 14539561554 | 500.00 |
| 08/10/2012 | Receipt | CC | 0311008736 | 1,600.00 |
| 07/06/2012 | Receipt | CC | 0311008588 | 1,310.95 |
| 04/04/2012 | Receipt | CC | 0311008249 | 2,340.52 |
| 02/03/2012 | Receipt | MO | 0311002453 | 700.00 |
| 02/03/2012 | Receipt | MO | 203819967010 | 500.00 |
| 02/03/2012 | Receipt | MO | 203819967021 | 500.00 |
| 02/03/2012 | Receipt | MO | 203819967000 | 500.00 |
| 02/03/2012 | Receipt | MO | 203788718848 | 500.00 |
| 02/03/2012 | Receipt | MO | 203819967032 | 296.00 |
| 12/21/2011 | Receipt | MO | 143897173 | 130.00 |
| 12/06/2011 | Receipt | MO | 20365331547 | 500.00 |
| 12/06/2011 | Receipt | MO | 20365331549 | 500.00 |
| 12/06/2011 | Receipt | MO | 20365331548 | 500.00 |
| 12/06/2011 | Receipt | MO | 20367785741 | 500.00 |
| 12/06/2011 | Receipt | MO | 14389717142 | 500.00 |
| 12/06/2011 | Receipt | MO | 20365331550 | 296.00 |
| 10/06/2011 | Receipt | MO | 20338864426 | 460.00 |
| 10/06/2011 | Receipt | MO | 20338864428 | 500.00 |
| 10/06/2011 | Receipt | MO | 20338864427 | 500.00 |
| 10/06/2011 | Receipt | MO | 20338864431 | 500.00 |
| 10/06/2011 | Receipt | MO | 20338864429 | 500.00 |
| 10/06/2011 | Receipt | MO | 20338864430 | 500.00 |
| 08/04/2011 | Receipt | MO | 20259212668 | 500.00 |
| 08/04/2011 | Receipt | MO | 20259212669 | 500.00 |
| 08/04/2011 | Receipt | MO | 20259212671 | 100.00 |
| 08/04/2011 | Receipt | MO | 20259212670 | 500.00 |
| 07/18/2011 | Receipt | MO | 14343545391 | 400.00 |
| 07/08/2011 | Receipt | MO | 20310437346 | 500.00 |

**Exhibit A to Notice of Default**     **Case No.:** 09-91977

SONIA  LOPEZ

| Date Posted | Transaction Type | Source | Check/MO# | Amount |
|---|---|---|---|---|
| 07/08/2011 | Receipt | MO | 20310437345 | 500.00 |
| 06/16/2011 | Receipt | MO | 20310437134 | 180.00 |
| 06/07/2011 | Receipt | MO | 14343545251 | 500.00 |
| 06/07/2011 | Receipt | MO | 14343545233 | 500.00 |
| 06/07/2011 | Receipt | MO | 14343545252 | 500.00 |
| 06/07/2011 | Receipt | MO | 14343545232 | 500.00 |
| 05/10/2011 | Receipt | MO | 20259212270 | 300.00 |
| 05/10/2011 | Receipt | MO | 20259212268 | 500.00 |
| 05/10/2011 | Receipt | MO | 20259212269 | 500.00 |
| 02/24/2011 | Receipt | MO | 18510471707 | 1,000.00 |
| 02/24/2011 | Receipt | MO | 18510471720 | 700.00 |
| 02/24/2011 | Receipt | MO | 18510471718 | 1,000.00 |
| 01/26/2011 | Receipt | MO | 18379738697 | 200.00 |
| 01/26/2011 | Receipt | MO | 18379738686 | 1,000.00 |
| 12/06/2010 | Receipt | MO | 6871372923 | 500.00 |
| 12/06/2010 | Receipt | MO | 6871372924 | 100.00 |
| 12/06/2010 | Receipt | MO | 6871372920 | 1,000.00 |
| 12/06/2010 | Receipt | MO | 6871372921 | 1,000.00 |
| 12/06/2010 | Receipt | MO | 14173576552 | 840.00 |
| 12/06/2010 | Receipt | MO | 6871372922 | 1,000.00 |
| 10/05/2010 | Receipt | MO | 6852653363 | 300.00 |
| 10/05/2010 | Receipt | MO | 6852653362 | 300.00 |
| 09/30/2010 | Receipt | MO | 6852653330 | 380.00 |
| 09/30/2010 | Receipt | MO | 6852653329 | 500.00 |
| 07/27/2010 | Receipt | MO | 14112866335 | 480.00 |
| 07/27/2010 | Receipt | MO | 14112866333 | 500.00 |
| 07/27/2010 | Receipt | MO | 14112866334 | 500.00 |
| 06/28/2010 | Receipt | MO | 20104251867 | 500.00 |
| 06/28/2010 | Receipt | MO | 20104251869 | 480.00 |
| 06/28/2010 | Receipt | MO | 20104251868 | 500.00 |
| 06/04/2010 | Receipt | MO | 20108590834 | 500.00 |
| 06/04/2010 | Receipt | MO | 20108590833 | 500.00 |
| 06/04/2010 | Receipt | MO | 17426291264 | 480.00 |
| 06/04/2010 | Receipt | MO | 17426291253 | 1,000.00 |
| 06/04/2010 | Receipt | MO | 20108590835 | 480.00 |
| 05/11/2010 | Receipt | CC | 7166703243 | 1,500.00 |
| 02/24/2010 | Receipt | MO | 17735326435 | 1,000.00 |
| 02/24/2010 | Receipt | MO | 17735326446 | 1,000.00 |
| 02/24/2010 | Receipt | MO | 17735326470 | 480.00 |
| 02/24/2010 | Receipt | MO | 17735326468 | 960.00 |
| 02/24/2010 | Receipt | MO | 17735326457 | 1,000.00 |
| 12/21/2009 | Receipt | MO | 7166703978 | 610.00 |
| 12/07/2009 | Receipt | MO | 17098505853 | 841.00 |
| 11/30/2009 | Receipt | MO | 17077673520 | 509.00 |
| 11/30/2009 | Receipt | MO | 17077673518 | 1,000.00 |
| 11/18/2009 | Receipt | MO | 17659004962 | 480.00 |
| 11/18/2009 | Receipt | MO | 17659004951 | 1,000.00 |

**Exhibit A to Notice of Default**     **Case No.:** 09-91977

SONIA  LOPEZ

| Date Posted | Transaction Type | Source | Check/MO# | Amount |
|---|---|---|---|---|
| 10/14/2009 | Receipt | MO | 6857146751 | 1,000.00 |
| 10/14/2009 | Receipt | MO | 6857146752 | 480.00 |
| | | **Gross Debtor Receipts:** | | 69,154.68 |
| | | **Less Debtor Refunds:** | | 0.00 |
| | | **Net Debtor Receipts:** | | **69,154.68** |