RUSSELL D. GREER
CHAPTER 13 STANDING TRUSTEE
P.O. BOX 3051
MODESTO, CALIFORNIA 95353-3051
TELEPHONE (209) 576-1954

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re:

SONIA LOPEZ

Debtor(s).

Case No.: 09-91977
D.C. No.: RDG-2

CHAPTER 13

MOTION FOR ORDER CONVERTING CASE TO CHAPTER 7 PURSUANT TO 11 U.S.C. SECTION 1307

DATE: September 30, 2014
TIME: 10:30 AM
DEPT.: D

**TO THE DEBTOR(S) AND HIS/HER ATTORNEY:**

**YOU AND EACH OF YOU** are hereby notified that at 10:30 a.m. on September 30, 2014, in Department D of the U.S. Bankruptcy Court, 1200 I Street, Second Floor, Suite 4, Modesto, California, Russell D. Greer, Chapter 13 Standing Trustee, will move for an Order Converting Case to Chapter 7 in the above-referenced case pursuant to Section 1307 of the Bankruptcy Code for the following reason(s):

**X** 1. Unreasonable delay by the debtor(s) that is prejudicial to creditors. [§1307(c)(1)]

___ 2. Payments to the Trustee are not current under the debtor(s) proposed plan. [§1307(c)(4)]

**X** 3. Payments to the Trustee are not current under the debtor(s) confirmed plan. [§1307(c)(6)]

**X** 4. Cause: Material default by the Debtor with respect to a term of a confirmed plan. Debtor(s) plan is a 60 month plan. It is now 61 months since Debtor's payments commenced under her plan and Debtor's plan is still not complete.

**WHEREFORE**, the Trustee requests that in the above-referenced case the Court enter an Order Converting Case to Chapter 7.

Dated: August 19, 2014 /s/ RUSSELL D. GREER
RUSSELL D. GREER,
CHAPTER 13 STANDING TRUSTEE