RUSSELL D. GREER
CHAPTER 13 STANDING TRUSTEE
P.O. BOX 3051
MODESTO, CALIFORNIA 95353-3051
TELEPHONE (209) 576-1954

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re:

SONIA LOPEZ

Debtor(s).

Case No.: 09-91977
D.C. No.: RDG-2

CHAPTER 13

DECLARATION IN SUPPORT OF MOTION FOR ORDER CONVERTING CASE TO CHAPTER 7 PURSUANT TO 11 U.S.C. SECTION 1307

DATE: September 30, 2014
TIME: 10:30 AM
DEPT.: D

Dennis Karganilla, employee of Russell D. Greer, Chapter 13 Standing Trustee, declares as follows:

1. If called as a witness in this matter, I would testify from personal knowledge to the following.

2. If the Motion for Order Converting Case to Chapter 7 is sought upon the grounds of unreasonable delay that is prejudicial to creditors, that the unreasonable delay consists of failure of the Debtor(s) to take some action and is prejudicial to creditors in that no payments are being received by them by reason of such delay.

3. That if the Motion for Order Converting Case to Chapter 7 is sought upon the grounds of material default by the Debtor(s) with respect to the terms of a confirmed Plan (such as failure to make plan payments) that the Debtor(s) has/have defaulted thereunder and the default is material.

4. That if the Motion for Order Converting Case to Chapter 7 is sought upon the grounds of failure to appear at a duly scheduled 341 Meeting of Creditors the Debtor(s) has/have failed to appear at a duly scheduled 341 Meeting and such appearance was required.

///

1       5.     That if the Motion for Order Converting Case to Chapter 7 is sought upon the grounds
2  of the failure to make pre-confirmation required payments that there has been such a failure.
3       6.     That with respect to any other grounds upon which the Motion for Order Converting
4  Case to Chapter 7 is sought, the Debtor(s) has/have, in fact, failed as regards the matters set forth
5  therein.
6       7.     As of August 19, 2014, the Debtor(s) is/are in default of their plan payments by
7  $12,300.00; the last payment having been received on May 13, 2014.
8       I declare under penalty of perjury that the foregoing is true and correct.

10 Dated: August 19, 2014                                 /s/ Dennis Karganilla
                                                                         Employee of
                                                                         RUSSELL D. GREER,
                                                                         CHAPTER 13 STANDING TRUSTEE