## Change of Address

Re: Case No. _____09-91977_____

Name: _____Sonia Lopez_____

☑ Debtor(s)          ☐ Attorney          ☐ Creditor
☐ Husband Only
☐ Wife Only

NEW ADDRESS: (MAILING)

900 Karen Ave Suite B109
Las Vegas, NV 89109

900. Karen Ave. Ste. B 109
Las Vegas, NV 89109

PHONE NUMBER: _____702-917-2705_____

OLD ADDRESS:

SIGNATURE: _____

EDC 2-085 (Rev. 3/29/99)