# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Sonia Lopez | **Case No :** | 09–91977 – D – 13G |
| | | **Date :** | 10/28/2014 |
| | | **Time :** | 10:30 |

| | |
|---|---|
| **Matter :** | [215] – Motion/Application to Reconvert Case From Chapter 13 to Chapter 7 [RDG–2] Filed by Trustee Russell D. Greer (Fee Paid $0.00) (eFilingID: 5300765) (svim) |

| | | | |
|---|---|---|---|
| **Judge :** | Robert S. Bardwil | **Courtroom Deputy :** | Cecilia Jimenez |
| **Department :** | D | **Reporter :** | Diamond Reporters |

**APPEARANCES for :**
**Movant(s) :**
    Lorraine Crozier (for the Trustee)
**Respondent(s) :**
    Debtor(s) Attorney – Brian S. Haddix

MOTION was :
Conditionally denied
Findings of fact/conclusions of law stated orally on record

ORDER TO BE PREPARED BY :    Movant(s)

The debtor shall be current with their plan payments by December 5, 2014, or the case will be reconverted on the trustee's ex parte application.