1    RUSSELL D. GREER
     CHAPTER 13 TRUSTEE
2    P.O. BOX 3051
     MODESTO, CALIFORNIA 95353-3051
3    TELEPHONE (209) 576-1954

4                 UNITED STATES BANKRUPTCY COURT
                  EASTERN DISTRICT OF CALIFORNIA
5

6
     In re:                                 )   Case No.: 09-91977
7                                     )
     SONIA LOPEZ                       )   D.C. No.: RDG-2
8                                     )
                    Debtor(s).    )   CHAPTER 13 PROCEEDING
9                                     )
                                    )
10   _____ )

11
           DECLARATION RE CONVERSION UNDER CONDITIONAL ORDER
12

13       I, Dennis Karganilla, declare:

14          1.      I am an employee of Russell D. Greer, Chapter 13 Trustee in this case. I have personal

15 knowledge of, and am competent to testify to, the following.

16          2.      This Court recently entered a Conditional Order Re Conversion in this case, which

17 provides, in relevant part, as follows: Debtor shall be current and complete her plan payments by

18 December 5, 2014.

19          3.      The condition(s) set forth in that order was/were not met. The debtor has failed to be

20 current and complete her Chapter 13 plan payments by December 5, 2014.

21          4.      As the condition(s) set forth in that order was/were not met, the above entitled case

22 should be converted to Chapter 7 as provided for in said order.

23       I declare under penalty of perjury under the laws of the United States of America that the

24 foregoing is true and correct and that this declaration is executed on December 9, 2014, in Modesto,

25 Stanislaus County, California.

26

27                                 Dennis Karganilla
                                    Dennis Karganilla
28