Edward T. Weber, Esq., #194963
LAW OFFICES OF EDWARD T. WEBER
17155 Newhope Street, Suite H
Fountain Valley, California 92708
Telephone: 657-235-8285
Facsimile: 714-459-7853
ed@eweberlegal.com

Attorneys for Movant
Brilena, Inc. as to an undivided 31.2500% interest, Michael Bumbaca and Adele Bumbaca husband and wife as joint tenants as to an undivided 43.7500% interest, First Regional Bank, as Custodian FBO Robert Pastor IRA Acct. No. 051236, as to an undivided 25.000% interest,

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## MODESTO DIVISION

| | |
|---|---|
| In re:<br><br>SONIA LOPEZ,<br><br>Debtor. | Case No. 09-91977<br>Chapter 7<br>DC No.: ETW-1<br><br>*DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY*<br><br>Date: January 29, 2015<br>Time: 10:00 a.m.<br>Place: 1200 I Street, Suite 4, Modesto, CA<br>Judge: Hon. Ronald H. Sargis |

The undersigned declares and states:

1. I am over 18 years of age and I am a creditor in this case. If called upon to testify, I could and would competently testify to the facts set forth herein.

---

**DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY**

1

2. I am a _President_ for Unified Mortgage Service, Inc, the duly authorized loan servicing agent for the current beneficiary under the Deed of Trust and holder of the Note referenced herein and with respect to the subject real property. Unified Mortgage Service, Inc. has an agreement with the beneficiary to collect money, account for all payments, and to act as its agent in all legal proceedings concerning the loan, including bankruptcy proceedings. I am personally familiar with the books, records, and files that pertain to the loans and extensions of credit given to Debtor concerning the property described herein. As to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from my business records which I keep and which Unified Mortgage Service, Inc. maintains on my behalf, all of which were made at or about the time of the events recorded, and which are maintained in the ordinary course of business at or near the time of the acts, conditions, or events to which they relate. Any such document was prepared in the ordinary course of business by a person who had personal knowledge of the event being recorded and had or has a business duty to record accurately such event. The business records are available for inspection and copies can be submitted to the Court if required. I offer the testimony in this declaration based on my review of the relevant business records and my own personal knowledge of the same.

3. A true and correct copy of the Note and Deed of Trust executed by the Debtor is attached hereto as Exhibits "A" and "B" respectively. I am the holder of the Note as that term is defined by the Uniform Commercial Code.

4. A true and correct copy of a Reinstatement Quote, showing a complete breakdown of the present contractual default on the loan as of December 10, 2014, $22,135.47 is attached hereto as Exhibit "C".

**DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY**

2

5. A true and correct copy of a Payoff Statement, showing the total amount due on the loan as of December 10, 2014 is attached hereto as Exhibit "D". The total amount owing on the loan as of the filing of the petition herein in the amount of $101,663.19.

6. Movant has incurred and/or will incur by the time of hearing, at least $875.00 in attorney's fees and $176.00 in costs in connection with this Motion for Relief From the Automatic Stay.

7. The value of the real property pursuant to Debtor's Schedule A is $123,000.00, which schedule is attached hereto as Exhibit "E" to this motion.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on this 17th day of December, 2014 at San Diego, California.



DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY
3