**2**

Brian S. Haddix (SBN: 230332)
Haddix Law Firm
1600 G Street, Suite 102
Modesto, CA 95354-2555
Tel: (209) 338-1131
Fax: (209) 343-0839
bhaddix@modestobankruptcylaw.com

Attorney for Debtor(s) Sonia Lopez

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA – MODESTO DIVISION

| | |
|---|---|
| In re | Case No. 09-91977 |
| Sonia Lopez, | DC No. BSH-12 |
| Debtor(s). | Chapter 7 |
| | Date: February 12, 2015<br>Time: 10:00 a.m.<br>Courtroom: N/A; Dept. E |

**MOTION TO WITHDRAW AS DEBTOR'S COUNSEL**

Brian S. Haddix, attorney-of-record for debtor, pursuant to LBR 1001-1(c) incorporating District Court Rule 182(d), moves the court for an order permitting him to withdraw as counsel for the debtor in this case.

Because, however, revealing the facts on which this motion is based would involve disclosure of client confidences, the undersigned represents that good grounds for withdrawal exist under the California Rules of Professional Conduct.

Furthermore, counsel was retained on July 16, 2009 to represent debtor solely in a Chapter 13 case. One December 9, 2014, the case was converted to Chapter 7. Counsel has not agreed and has not been compensated to represent Debtor in the converted Chapter 7.

As set forth in the attached certification of service, this motion was served on the debtor and on interested parties by first class mail, certified mail, and e-mail.

If this motion is granted, the debtor may be served with notices and papers at 900 Karen Ave #B-109, Las Vegas, NV 89109 and contacted by telephone at (702) 917-2705.

                HADDIX LAW FIRM

Dated: January 8, 2015         ___/s/ Brian S. Haddix_____
                      Brian S. Haddix
                      Attorney for Debtor(s) Sonia Lopez