Sonia Lopez
In Pro Per
900 Karen Avenue #B-109
Las Vegas, NV 89109

Pro Per:
    SONIA LOPEZ

# U.S. BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Case No.: 09-91977 |
| SONIA LOPEZ | Chapter 7 |
| Debtor. | DCN: ETW-1 |

## DECLARATION OF SONIA LOPEZ

I, SONIA LOPEZ, hereby declare as follows:

1. I am the owner of the property located at 819 N. Divisadero Street, Visalia, California. Said property has four separate houses, three of which are now rented for $550 each.

2. In my opinion said property is worth $140,000.

I declare under penalty of perjury the foregoing is true and correct.

Dated: January 16, 2015  
Executed at Modesto, CA

Respectfully submitted,

/s/ Sonia Lopez
_____
Sonia Lopez