# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| Case Title : | Sonia Lopez | Case No : | 09–91977 – E – 7 |
|---|---|---|---|
| | | Date : | 01/29/2015 |
| | | Time : | 10:00 |

| Matter : | [238] – Motion for Relief from Automatic Stay [ETW–1] Filed by Creditor Brilena, Inc. (Fee Paid $176) (eFilingID: 5403223) (dpas) |
|---|---|

| Judge : | Ronald H. Sargis | Courtroom Deputy : | Cecilia Jimenez |
|---|---|---|---|
| Department : | E | Reporter : | Laura Fowler |

**APPEARANCES for :**
**Movant(s) :**
(by phone)    Creditor's Attorney – Alaa A. Yasin
**Respondent(s) :**
     Debtor(s) Attorney – Brian S. Haddix
     Debtor – Sonia Lopez

## CIVIL MINUTE ORDER

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

The Motion for Relief From the Automatic Stay filed by Brilena, Inc. as to an undivided 31.2500% interest, Michael Bumbaca and Adele Bumbaca husband and wife as joint tenants as to an undivided 43.7500% interest, First Regional Bank, as Custodian FBO Robert Pastor IRA Acct. No. 051236, as to an undivided 25.000% interest ("Movant") having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

IT IS ORDERED that the automatic stay provisions of 11 U.S.C. § 362(a) is terminated, effective February 28, 2015, to allow Movant, its agents, representatives, and successors, and trustee under the trust deed, and any other beneficiary or trustee, and their respective agents and successors under any trust deed which is recorded against the property to secure an obligation to exercise any and all rights arising under the promissory note, trust deed, and applicable nonbankruptcy law to conduct a nonjudicial foreclosure sale and for the purchaser at any such sale obtain possession of the real property commonly known as 819 North Divisadero Street, Visalia, California.

IT IS FURTHER ORDERED that the fourteen (14) day stay of enforcement provided in Rule 4001(a)(3), Federal Rules of Bankruptcy Procedure, is waived for cause.

No other or additional relief is granted.

Dated: February 01, 2015

By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court

This document does not constitute a certificate of service. The parties listed below will be served a separate copy of the attached Civil Minute Order.

Sonia Lopez
900 Karen Ave #B–109
Las Vegas NV 89109

Stephen C. Ferlmann
4120 Dale Rd., Ste J–8 #184
Modesto CA 95356

Office of the U.S. Trustee
Robert T Matsui United States Courthouse
501 I Street , Room 7–500
Sacramento CA 95814

Brian S. Haddix
1600 G Street, Suite 102
Modesto CA 95354

Edward T. Weber
1241 E. Dyer Road, Suite 250
Santa Ana CA 92705