```
                            United States Bankruptcy Court
                            Eastern District of California

In re:                                                           Case No. 09-91977-E
Sonia Lopez                                                      Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0972-9          User: admin              Page 1 of 3         Date Rcvd: Feb 03, 2015
                              Form ID: pdf010          Total Noticed: 88

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 05, 2015.
db           +Sonia Lopez,    900 Karen Ave #B-109,    Las Vegas, NV 89109-1266
aty          +Austin P. Nagel,    111 Deerwood Rd #388,    San Ramon, CA 94583-1551
aty          +Brian S. Haddix,    1600 G Street, Suite 102,    Modesto, CA 95354-2555
aty          +Edward T. Weber,    1241 E. Dyer Road, Suite 250,    Santa Ana, CA 92705-5611
aty          +Jonathan J. Damen,    1241 E. Dyer Road, Suite 250,    Santa Ana, CA 92705-5611
aty          +Kelly Ann Tran,    1770 4th Ave,   San Diego, CA 92101-2607
tr           +Stephen C. Ferlmann,    4120 Dale Rd., Ste J-8 #184,    Modesto, CA 95356-9239
cr           +Adele Bumbaca,    c/o Edward T. Weber,    505 N Tustin Ave #243,    Santa Ana, CA 92705-3735
cr           +Brilena, Inc.,    c/o Edward T. Weber,    505 N Tustin Ave #243,    Santa Ana, CA 92705-3735
cr           +First Regional Bank,    c/o Edward T. Weber,    505 N Tustin Ave #243,    Santa Ana, CA 92705-3735
cr           +Michael Bumbaca,    c/o Edward T. Weber,    505 N Tustin Ave #243,    Santa Ana, CA 92705-3735
17646903     +AES/PHEAA,    PO Box 8147,    Harrisburg PA 17105-8147
16476044     +BYL Collection Services LLC,    301 Lacey St,    West Chester PA 19382-3727
16476040      Bank Of America,    P0 BOX 15715,    Wihriington DE 19886
16889487     +Bank of America National Association,    c/o Kelly Ann Tran,    1770 4th Ave,
               San Diego CA 92101-2607
16476041     +BankCard USA Merchant Services,     5701 Lindero Canyofi Rd Bldg 3,
               Westlake Village CA 91362-4060
16476042     +Bay Area Credit Services,    2860 Zanker Rd Suite 105,    San Jose CA 95134-2119
16718951     +Brilena, Inc.,    Capital Benefit Mortgage, Inc.,    2727 Newport Beach #203,
               Newport Beach CA 92663-3757
16476043     +Bureau Of Account Management,    P0 BOX 8875,    Camp Hill PA 17001-8875
16476092    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court:    The Home Depot,    P0 BOX 6029,    The Lakes NV 88901)
16476052    ++CLEAR CHECK PAYMENT SOLUTIONS LLC,    135 INTERSTATE BOULEVARD,    GREENVILLE SC 29615-5720
              (address filed with court:    Clearcheck Payment Solutions,    P0 BOX 27087,   Greenville SC 29616)
16476105     +CLS Investments,    Briarwood Apts,    351 E Monte Vista,    Turlock CA 95382-0634
16476054     +CMRE Financial Services,    3075 E Imperial Hwy 200,    Brea CA 92821-6753
16476045     +Capital Benefit Mortgage Inc,    2727 Newport Ste 203,    Newport Beach CA 92663-3757
16476049     +Charter-Santa Cruz,    475 Airport Blvd,    Watsonville CA 95076-2026
16476050      Circuit City Stores,    P0 BOX 43270,    Richmond VA 23242
16476051     +City Of Visalia,    - Business Tax Division,    P0 BOX 4002,    Visalia CA 93278-4002
16476053     +Client Services INC,    3451 Harry Tmman Blvd,    St Charles MO 63301-9816
16476055     +Columbia House,    PO BOX 91601,    Indianapolis IN 46291-0601
16476056     +Credit Protection Association,    13355 Noel Rd,    Dallas TX 75240-6837
16476057     +Direct Express,    P0 BOX 495999,    Cinti OH 45249-5999
16476059     +Donald and Wendy Bonander,    2412 Holiday Ct,    Madera CA 93637-4243
16476060     +E R Solutions,    P0B0X9004,    Renton WA 98057-9004
17857052      Educational Credit Management Corp.,    PO Box 16408,    St Paul MN 55116-0408
16476061     +Emergency Med Services,    410 W Mineral King,    Visalia CA 93291-6237
16476062     +Emergency Medical Group,    P0 BOX 11719,    Westminister CA 92685-1719
16476063      Encore Receivable Management INC,    PG BOX 3330,    Olathe KS 66063
16476064     +Esther Vasquez,    1543 N Willis St,    Visalia CA 93291-2905
16476067     +GC Services Limited Partnership,    P0 BOX 2667,    Fiouston TX 77252-2667
16476069     +Green Box Rentals,    6988 Avenue 304,    Visalia CA 93291-9510
16476071     +Kaweah Delta Health Care Clinic,    400 West Mineral King,    Visalia CA 93291-6237
16476074     +NCO Financial Systems INC,    P0 BOX 61247,    Virginia Beach VA 23466-1247
16476103      NWP,    PO Box 553178,    Detroit MI 48255-3178
16476075     +North Shore Agency,    270 Spagnoli Rd,    Melville NY 11747-3516
16476076     +Proactive Solution,    P0 BOX 11448,    Des Moines IA 50336-1448
16476077      Probation Accounting Services,    Courthouse Room 206,    Visalia CA 93291
16476078     +Professional Account Services,    PO BOX 188,    Brentwood TN 37024-0188
16476079      Progressive Management Systems,    PG BOX 2220,    West Covina CA 91793
16476080     +Reliant Recovery Services,    2210 East Route 66 Suite 101,    Glendora CA 91740-4677
16476081     +S B S Trust Deed Network,    31194 La Baya Drive Suite 106,    Westlake Village CA 91362-6426
16476085     +SKO Brenner American INC,    PO BOX 230,    Frmngdale NY 11735-0230
16476082      Santa Cruz County,    PG BOX 1439,    Santa Cruz CA 95061
16476083     +Santa Cruz Sentinel,    P0 BOX 3084,    Visalia CA 93278-3084
16476084     +Silkies Enriche,    P0 BOX 70120,    Philadelphia PA 19176-0120
16476086     +Sprint,    P0 BOX 541023,    Los Angeles CA 90054-1023
16476091     +The Collection Connection,    9430 Topanga Canyon Blvd Ste 206,    Chatsworth CA 91311-5700
16476090     +The Collection Connection,    6450 Bellingham Ave,    N Hollywood CA 91606-1429
16476094      U-Haul International,    Payment Processing,    PG BOX 21501,    Phoenix AZ 85036
16476095     +Washington Mutual,    P0 BOX 1097,    Northridge CA 91328-1097
16736783      Watsonville Community Hospital,    c/o Michael I. Mossman,    PO Box 330129,
               Nashville TN 37203-7501
16476096     +Watsonville Community Hospital,    P0 BOX 60000,    San Francisco CA 94160-0001
16476097     +Wells Fargo Auto Finance,    711 W Broadway Rd,    Tempe AZ 85282-1218
16476098     +Wells Fargo Bank,    P0 BOX 5058,    Portland OR 97208-5058
16871782     +Wells Fargo Bank N.A.,    PO Box 5058,    MAC P6053-021,    Portland OR 97208-5058
16476099     +Western Dental,    P0 BOX 14228,    Orange CA 92863-1228
16476100     +Western Dental Centers,    P0 BOX 14228,    Orange CA 92863-1228
16476101     +Woodbridge Home Exteriors,    4519 Sigma Rd,    Dallas TX 75244-4530
16476102     +Xpress Loan Servicing,    P0 BOX 94553,    Cleveland OH 44101-4553
```

```
District/off: 0972-9          User: admin              Page 2 of 3              Date Rcvd: Feb 03, 2015
                              Form ID: pdf010          Total Noticed: 88
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16476038          +E-mail/Text: bankruptcy@800loanmart.com Feb 04 2015 03:09:21      1-800 LoanMart,
                   15821 Ventura Blvd #280,    Encino CA 91436-5218
16476039          +E-mail/Text: g17768@att.com Feb 04 2015 03:07:25      AT T,    PG BOX 8212,
                   Aurora IL 60572-0001
16476046           E-mail/Text: bankruptcy@cavps.com Feb 04 2015 03:08:36      Cavalry Portfolio Services,
                   P0 BOX 1017,    Hawthorne NY 10532
16608811           E-mail/Text: bankruptcy@cavps.com Feb 04 2015 03:08:36      Cavalry Portfolio Services LLC,
                   7 Skyline Dr 3rd Fl,   Hawthorne NY 10532
16476047          +E-mail/PDF: BANKRUPTCYEBN@CHARTERCOM.COM Feb 04 2015 03:01:37      Charter Communications,
                   4031 Via Gro Ave,    Long Beach CA 90810-1458
16476048          +E-mail/PDF: BANKRUPTCYEBN@CHARTERCOM.COM Feb 04 2015 03:10:08      Charter Communications,
                   P0 BOX 78063,    Phoenix AZ 85062-8063
16476058           E-mail/PDF: mrdiscen@discoverfinancial.com Feb 04 2015 03:10:19      Discover Financial Services,
                   PO BOX 52145,    Phoenix AZ 85072
16677897           E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 04 2015 03:10:10      FIA Card Services, N.A.,
                   American InfoSource LP,    PO Box 248809,    Oklahoma City OK 73124-8809
16476066          +E-mail/Text: bankruptcy@fcnetwork.com Feb 04 2015 03:08:49      Financial Credit Network,
                   P0 BOX 3084,    Visalia CA 93278-3084
16476065          +E-mail/Text: bankruptcy@fcnetwork.com Feb 04 2015 03:08:49      Financial Credit Network,
                   1300 W Main St,    Visalia CA 93291-5825
16476068          +E-mail/PDF: gecsedi@recoverycorp.com Feb 04 2015 03:00:27      GE Money Bank,   P0 BOX 36960,
                   Canton OH 44735-6960
16998840          +E-mail/PDF: gecsedi@recoverycorp.com Feb 04 2015 03:01:03      GE Money Bank,
                   Recovery Management Systems Corporation,    25 SE 2nd Ave #1120,    Miami FL 33131-1605
16476070          +E-mail/PDF: gecsedi@recoverycorp.com Feb 04 2015 03:01:31      JcPenney,    P0-BOX 960090,
                   Orlando FL 32896-0001
16476072          +E-mail/Text: ebn@ltdfin.com Feb 04 2015 03:07:53      LTD Financial Services L P,
                   7322 Southwest Freeway Ste 1600,    Houston TX 77074-2134
16476073          +E-mail/PDF: gecsedi@recoverycorp.com Feb 04 2015 03:00:27      Mervyn s,    P0 BOX 960013,
                   Orlando FL 32896-0013
16476104           E-mail/Text: rjm@ebn.phinsolutions.com Feb 04 2015 03:07:55      RJM Acquisitions,
                   PO Box 18006,    Hauppauge NY 11788
16634990           E-mail/Text: appebnmailbox@sprint.com Feb 04 2015 03:08:07      Sprint Nextel - Correspondence,
                   Attn: Bankruptcy Dept,    PO Box 7949,    Overland Park KS 66207-0949
16476087          +E-mail/Text: home.fss-bankruptcy.934c00@statefarm.com Feb 04 2015 03:08:29
                   State Farm Insurance Co,    P0 BOX 2746,    Jacksonville FL 32232-2746
16476088          +E-mail/Text: BKBNCNotices@ftb.ca.gov Feb 04 2015 03:09:22      State of California,
                   Franchise Tax Board,    P0 BOX 1328,    Rancho Cordova CA 95741-1328
16476093          +E-mail/Text: a/r_billingcorrespondence@tularehhsa.org Feb 04 2015 03:08:43
                   Tulare County Health and Human Services,    5957 S Mooney Blvd,    Visalia CA 93277-9394
                                                                                              TOTAL: 20

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16744792*        Financial Credit Network,    PO Box 3084,    Visalia CA  93278-3084
16605811*        Santa Cruz Sentinel,    PO Box 3084,    Visalia CA  93278-3084
16693466       ##+Student Loan Xpress, Inc.,    Claims Department,    Education Loan Servicing Corporation,
                  1500 W 3rd Ave #125,    Cleveland OH 44113-1422
16476089       ##+Target National Bank,    P0 BOX 59317,    Minneapolis MN 55459-0317
17546997       ##+Wells Fargo,    PO Box 7648,    Boise ID 83707-1648
                                                                                   TOTALS: 0, * 2, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2015                              Signature:  /s/Joseph Speetjens

```
District/off: 0972-9          User: admin                Page 3 of 3              Date Rcvd: Feb 03, 2015
                              Form ID: pdf010            Total Noticed: 88
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 3, 2015 at the address(es) listed below:
NONE.                                                                                    TOTAL: 0
```

# UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re: SONIA LOPEZ            Case No.: 09-91977

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

RUSSELL D. GREER, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/29/2009 and was converted to chapter 13 on 07/30/2009.
2) The plan was confirmed on 04/13/2010.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on 12/03/2013.
4) The trustee filed action to remedy default by the debtor in performance under the plan on 07/22/2014, 01/06/2014, 10/08/2013, 04/03/2013, 11/06/2012, 07/09/2012, 01/06/2012, 11/04/2011, 09/07/2011, 07/06/2011, 05/06/2011, 11/05/2010, 05/10/2010, 10/28/2014, 10/06/2013.
5) The case was converted on 12/09/2014.
6) Number of months from filing or conversion to last payment: 58.
7) Number of months case was pending: 67.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 3,357.00.
10) Amount of unsecured claims discharged without full payment: .00.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor: | $69,154.68 |
| Less amount refunded to debtor: | $422.22 |
| **NET RECEIPTS:** | **$68,732.46** |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through The Plan: | $3,200.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $3,398.11 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$6,598.11** |
| Attorney fees paid and disclosed by debtor: | $300.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| 1-800 LOANMART | Secured | 3,946.94 | 3,654.17 | 3,654.17 | .00 | .00 |
| 1-800 LOANMART | Secured | 3,946.94 | 3,654.17 | 3,654.17 | 3,577.90 | 234.24 |
| AMERICAN INFOSOURCE LP AS AGENT | Unsecured | 473.00 | 838.90 | 838.90 | .84 | .00 |
| AT&T | Unsecured | 160.00 | NA | NA | .00 | .00 |
| BANKCARD USA | Unsecured | 25.00 | NA | NA | .00 | .00 |
| BAY AREA CREDIT SERVICE | Unsecured | 245.00 | NA | NA | .00 | .00 |
| BUREAU OF ACCOUNT MANAGEMENT | Unsecured | 92.00 | NA | NA | .00 | .00 |
| BYL SERVICES LLC | Unsecured | 1,698.00 | NA | NA | .00 | .00 |
| CAPITAL BENEFIT MORTGAGE | Secured | NA | 47,084.24 | 47,084.24 | 47,084.24 | .00 |
| CAPITAL BENEFIT MORTGAGE INC | Secured | 84.00 | 84.00 | 84.00 | 84.00 | .00 |
| CAPITAL BENEFIT MORTGAGE INC | Secured | 8,407.91 | 8,636.54 | 8,636.54 | 8,504.17 | .00 |
| CAPITAL BENEFIT MORTGAGE INC | Secured | 4,203.95 | 4,203.95 | 4,203.95 | 2,522.37 | .00 |
| CAVALRY PORTFOLIO SERVICES LLC | Unsecured | 584.00 | 607.06 | 607.06 | .61 | .00 |

**UNITED STATES BANKRUPTCY COURT**

EASTERN DISTRICT OF CALIFORNIA

In re: SONIA LOPEZ                                                                 Case No.: 09-91977

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CHARTER COMMUNICATIONS | Unsecured | 473.00 | NA | NA | .00 | .00 |
| CHARTER COMMUNICATIONS | Unsecured | 473.00 | NA | NA | .00 | .00 |
| CHARTER SANTA CRUZ | Unsecured | 384.00 | NA | NA | .00 | .00 |
| CIRCUIT CITY STORES | Unsecured | 629.00 | NA | NA | .00 | .00 |
| CITY OF VISALIA | Unsecured | 969.00 | NA | NA | .00 | .00 |
| CLEAR CHECK INC | Unsecured | 394.00 | NA | NA | .00 | .00 |
| CLIENT SERVICES INC | Unsecured | 4,054.00 | NA | NA | .00 | .00 |
| CLS INVESTMENTS | Unsecured | 3,000.00 | NA | NA | .00 | .00 |
| CMRE FINANCIAL SERVICES | Unsecured | 50.00 | NA | NA | .00 | .00 |
| COLUMBIA HOUSE | Unsecured | 50.00 | NA | NA | .00 | .00 |
| CREDIT PROTECTION ASSN | Unsecured | 384.00 | NA | NA | .00 | .00 |
| DIRECT EXPRESS | Unsecured | 980.00 | NA | NA | .00 | .00 |
| DISCOVER | Unsecured | 80.00 | NA | NA | .00 | .00 |
| DONALD AND WENDY BONANDER | Unsecured | 2,382.00 | 5,652.44 | 5,652.44 | 5.65 | .00 |
| EDUCATIONAL CREDIT MANAGEMENT ( | Unsecured | NA | 114,265.47 | 114,265.47 | 114.27 | .00 |
| EMERGENCY MED SERVICES | Unsecured | 755.00 | NA | NA | .00 | .00 |
| EMERGENCY MEDICAL GROUP | Unsecured | 833.00 | NA | NA | .00 | .00 |
| ENCORE RECEIVABLE MANAGEMENT | Unsecured | 356.00 | NA | NA | .00 | .00 |
| ER SOLUTIONS | Unsecured | 335.00 | NA | NA | .00 | .00 |
| ESTHER VASQUEZ | Unsecured | 1,080.00 | NA | NA | .00 | .00 |
| FINANCIAL CREDIT NETWORK | Unsecured | NA | NA | NA | .00 | .00 |
| FINANCIAL CREDIT NETWORK | Unsecured | 38.00 | NA | NA | .00 | .00 |
| FINANCIAL CREDIT NETWORK | Unsecured | 3,003.00 | NA | NA | .00 | .00 |
| FINANCIAL CREDIT NETWORK | Unsecured | 129.00 | NA | NA | .00 | .00 |
| FINANCIAL CREDIT NETWORK | Unsecured | 187.00 | 277.58 | 277.58 | .28 | .00 |
| FINANCIAL CREDIT NETWORK | Unsecured | 978.00 | NA | NA | .00 | .00 |
| FINANCIAL CREDIT NETWORK | Unsecured | 978.00 | NA | NA | .00 | .00 |
| FINANCIAL CREDIT NETWORK | Unsecured | 500.00 | NA | NA | .00 | .00 |
| FRANCHISE TAX BOARD | Unsecured | NA | NA | NA | .00 | .00 |
| GC SERVICES | Unsecured | 458.00 | NA | NA | .00 | .00 |
| GE CAPITAL RETAIL BANK | Unsecured | 110.00 | 196.96 | 196.96 | .20 | .00 |
| GE MONEY BANK | Unsecured | 30.00 | NA | NA | .00 | .00 |
| GREEN BOX RENTALS | Unsecured | 381.00 | NA | NA | .00 | .00 |
| HOME DEPOT | Unsecured | 4,054.00 | NA | NA | .00 | .00 |
| JC PENNEY | Unsecured | 100.00 | NA | NA | .00 | .00 |
| JP MORGAN CHASE BANK N A | Secured | NA | .00 | .00 | .00 | .00 |
| KAWEAH DELTA HEALTH CARE CLINIC | Unsecured | 280.00 | NA | NA | .00 | .00 |
| KAWEAH DELTA HEALTH CARE CLINIC | Unsecured | 100.00 | NA | NA | .00 | .00 |
| KAWEAH DELTA HEALTH CARE CLINIC | Unsecured | 4,315.00 | NA | NA | .00 | .00 |
| KAWEAH DELTA HEALTH CARE CLINIC | Unsecured | 16,455.00 | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re: SONIA LOPEZ            Case No.: 09-91977

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| KAWEAH DELTA HEALTH CARE CLINIC | Unsecured | 1,863.00 | NA | NA | .00 | .00 |
| LTD FINANCIAL SERVICES | Unsecured | 4,054.00 | NA | NA | .00 | .00 |
| MCCARTHY & HOLTHUS LLP | Unsecured | NA | NA | NA | .00 | .00 |
| MERVYNS | Unsecured | 503.00 | NA | NA | .00 | .00 |
| NCO | Unsecured | 417.00 | NA | NA | .00 | .00 |
| NORTH SHORE AGENCY | Unsecured | 87.00 | NA | NA | .00 | .00 |
| NWP | Unsecured | 245.66 | NA | NA | .00 | .00 |
| OFFICE OF THE US TRUSTEE | Unsecured | NA | NA | NA | .00 | .00 |
| PROACTIVE SOLUTIONS | Unsecured | 50.00 | NA | NA | .00 | .00 |
| PROBATION ACCOUNTING SERVICES | Unsecured | 3,000.00 | NA | NA | .00 | .00 |
| PROFESSIONAL ACCOUNT SERVICES I | Unsecured | 4,606.00 | NA | NA | .00 | .00 |
| PROGRESSIVE MANAGEMENT SYSTEM | Unsecured | 469.00 | NA | NA | .00 | .00 |
| RELIANT RECOVERY | Unsecured | 1,243.00 | NA | NA | .00 | .00 |
| RJM ACQUISITIONS LLC | Unsecured | 335.00 | NA | NA | .00 | .00 |
| ROUTH CRABTREE OLSEN PS | Unsecured | NA | NA | NA | .00 | .00 |
| SANTA CRUZ COUNTY | Unsecured | 140.00 | NA | NA | .00 | .00 |
| SANTA CRUZ SENTINEL | Unsecured | 8.00 | 275.17 | 275.17 | .28 | .00 |
| SBS TRUST DEED NETWORK | Unsecured | 5,486.00 | NA | NA | .00 | .00 |
| SILKIES | Unsecured | 20.00 | NA | NA | .00 | .00 |
| SKO BRENNER AMERICAN INC | Unsecured | 50.00 | NA | NA | .00 | .00 |
| SPRINT NEXTEL CORRESPONDENCE | Unsecured | NA | NA | NA | .00 | .00 |
| SPRINT NEXTEL DISTRIBUTIONS | Unsecured | 475.00 | 469.49 | 469.49 | .47 | .00 |
| STATE FARM INSURANCE CO | Unsecured | 512.00 | NA | NA | .00 | .00 |
| TARGET | Unsecured | 220.00 | NA | NA | .00 | .00 |
| THE COLLECTION CONNECTION | Unsecured | 95.00 | NA | NA | .00 | .00 |
| THE COLLECTION CONNECTION | Unsecured | 92.00 | NA | NA | .00 | .00 |
| TULARE COUNTY HEALTH AND HUMAN | Unsecured | 310.00 | NA | NA | .00 | .00 |
| UHAUL INTERNATIONAL | Unsecured | 370.00 | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL | Unsecured | 108.00 | NA | NA | .00 | .00 |
| WATSONVILLE COMMUNITY HOSPITAL | Unsecured | 4,606.00 | 4,606.46 | 4,606.46 | 4.61 | .00 |
| WELLS FARGO AUTO FINANCE | Secured | 16,403.00 | .00 | .00 | .00 | .00 |
| WELLS FARGO AUTO FINANCE | Unsecured | 11,566.25 | 13,703.54 | 13,703.54 | .00 | .00 |
| WELLS FARGO BANK | Unsecured | 157.00 | NA | NA | .00 | .00 |
| WELLS FARGO BANK | Unsecured | NA | NA | NA | .00 | .00 |
| WELLS FARGO BANK NA | Unsecured | 184.00 | 218.76 | 218.76 | .22 | .00 |
| WESTERN DENTAL | Unsecured | 342.00 | NA | NA | .00 | .00 |
| WESTERN DENTAL CENTERS | Unsecured | 430.00 | NA | NA | .00 | .00 |
| WOODBRIDGE HOME EXTERIORS | Unsecured | 10,401.00 | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re: SONIA LOPEZ                          Case No.: 09-91977

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| XPRESS LOAN SERVICING | Unsecured | 111,000.00 | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
|    Mortgage Ongoing: | 47,084.24 | 47,084.24 | .00 |
|    Mortgage Arrearage: | 8,636.54 | 8,504.17 | .00 |
|    Debt Secured by Vehicle: | .00 | .00 | .00 |
|    All Other Secured: | 11,596.29 | 6,184.27 | 234.24 |
| **TOTAL SECURED:** | 67,317.07 | 61,772.68 | 234.24 |
| **Priority Unsecured Payments:** | | | |
|    Domestic Support Arrearage: | .00 | .00 | .00 |
|    Domestic Support Ongoing: | .00 | .00 | .00 |
|    All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 141,111.83 | 127.43 | .00 |

**Disbursements:**

| | | |
|---|---|---|
|    Expenses of Administration: | | $6,598.11 |
|    Disbursements to Creditors: | | $62,134.35 |
| **TOTAL DISBURSEMENTS:** | | $68,732.46 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date: 02/02/2015                  By: /s/RUSSELL D. GREER
                                                                        Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.