

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

In re ) Case No. 09-91977-E-7
) Docket Control No. BSH-12
SONIA LOPEZ, )
)
        Debtor. )
)

**ORDER GRANTING MOTION TO WITHDRAW
AS DEBTOR'S COUNSEL**

Upon consideration of Brian S. Haddix' Motion to withdraw as counsel for the Debtor; review of the files in this case; arguments of counsel; and good cause appearing,

**IT IS ORDERED** that Brian S. Haddix' Motion to Withdraw as Debtor's Counsel is granted.

**IT IS FURTHER ORDERED** that the hearing on the Motion set for February 12, 2015, is removed from the calendar. No appearances are required.

Dated: February 6, 2015

RONALD H. SARGIS, Judge
United States Bankruptcy Court

# Instructions to Clerk of Court
### Service List - Not Part of Order/Judgment

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below. The Clerk of Court will send the Order via the BNC or, if checked ____, via the U.S. mail.

    **Debtor**(s), **Attorney for the Debtor**(s), **Bankruptcy Trustee** (if appointed in the case), and __XX____ Other Persons Specified Below:

Office of the U.S. Trustee
Robert T. Matsui United States Courthouse
501 I Street, Room 7-500
Sacramento, CA 95814